OPINION — AG — APPLICATIONS FOR LICENSES ARE PUBLIC RECORD PERTAINING TO THE DUTIES OF THE OKLAHOMA REAL ESTATE COMMISSION AND SAME SHOULD BE OPEN TO PUBLIC INSPECTION AS OF THE TIME THEY ARE SUBMITTED TO SAID COMMISSION. CITE: 59 O.S. 1961 848 [59-848], 51 O.S. 1961 24 [51-24] [51-24], 59 O.S. 1961 831-857 [59-831] — [59-857], 59 O.S. 1961 853 [59-853], 59 O.S. 1961 856 [59-856] (CHARLES OWENS)